*P. Z. Geer,* for plaintiff in error.   *J. A. Drake, solicitor,* contra.

### 19544.   MUNGIN *v.* THE STATE.

BLOODWORTH, J.   The special grounds of the motion for a new trial are but amplifications of the general grounds; there is ample evidence to support the finding of the jury, and the judge who tried the case did not err in overruling the motion for a new trial.

> *Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*
> DECIDED APRIL 9, 1929.

*Henry O. Farr,* for plaintiff in error.
*J. T. Grice, solicitor-general,* contra.